No. 67406.—E. Dillingham, Inc. *v.* United States, protest 61/20515 (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon vests, valued over $2 each, similar in all material respects to those the subject of Abstract 65977 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.